[No. 32487-3-II. Division Two. June 28, 2005.]

JAMES G. MANZA ET AL., *Respondents*, v. THE SHORELINES HEARINGS BOARD, *Defendant*, THE CITY OF LAKEWOOD, *Respondent*, RANDALL BENNETT ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-2-04224-8, James R. Orlando, J., entered March 17, 2004. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, C.J., and Morgan, J.

[No. 22625-5-III. Division Three. June 28, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN M. COLE, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 03-8-00112-5, Scott R. Sparks, J., entered December 4, 2004. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Kurtz and Brown, JJ.

[No. 52617-1-I. Division One. June 29, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. DEAN WILLIAM EVANS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-08920-4, Richard A. Jones, J., entered May 27, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 30615-8-II. Division Two. June 29, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. TONI ANN MEEKER, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 01-1-00335-3, James E. Warme, J., entered June 5, 2003. *Affirmed in part* and *remanded* by unpublished opinion per Hunt, J., concurred in by Quinn-Brintnall, C.J., and Van Deren, J.